IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-491-FL

| | | |
|---|---|---|
| GEORGINA PADILLA, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CONSENT ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant | ) | |

This action is being submitted to the Court for entry of a consent order agreed to by the parties, as it appears that the Plaintiff, by and through her attorney, has executed this consent order and that Plaintiff has assigned to her attorney the right to collect the fee; and the Defendant has executed this consent order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the plaintiff the sum of $3,476.00 for attorney fees and costs in full and final settlement of all claims due against the Social Security Administration for attorney fees and costs arising under the Equal Access to Justice Act. 28 U.S.C. § 2412(d).

It is therefore ordered that, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney fees under EAJA and provided that the award to Plaintiff is not subject to the Treasury Offset Program, the Commissioner of Social Security pay to plaintiff's attorney, the sum of $3,476.00 in full satisfaction of any and all claims arising under the Equal Access to Justice Act and upon the payment of such sum this case is dismissed with prejudice.

This the 16th day of June, 2011.

_____
United States District Court Judge

Consented to:

/s/  Vaughn S. Clauson
Vaughn S. Clauson, Bar Number:  23041
Attorney for Plaintiff
The Clauson Law Firm, PLLC
P.O. Box 110205
Durham, NC   27709
Telephone: (919) 794-8676
Fax: (919) 256-5190
vaughn@clausonlaw.com

/s/  Amy Rigney
Amy Rigney
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
6401 Security Boulevard
Altmeyer Building, Room 617
Baltimore, MD   21235-6401
Telephone:  410-965-6303
Facsimile:        410-597-0137
Email:  amy.rigney@ssa.gov
Maryland Bar